1  **Gregory L. Spallas, SBN 129306**
   **Kristin L. Oliveira, SBN 204384**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Tel:   (415) 278-9400
4  Fax:   (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.
6  (erroneously sued herein as
7  WAL-MART ASSOCIATES, INC.)

8

9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13
   DANIEL MONGE,                    ) Case No. C08-01663 EMC
14                                  )
          Plaintiff,                )
15                                  ) **CERTIFICATE OF SERVICE VIA U.S.**
      vs.                           ) **REGULAR MAIL**
16                                  )
   WAL-MART ASSOCIATES, INC., a     )
17 California Corporation, and DOES 1-25, )
   inclusive.                       )
18                                  )
          Defendants.                )
19                                  )
                                    )
20

21 TO THE COURT AND ALL PARTIES OF RECORD:

22        I am a citizen of the United States and a resident of the County of San Francisco, State of

23 California. I am over the age of 18 years and not a party to the within action; my business

24 address is 650 California Street, 10th Floor, San Francisco, CA 94108.

25        On the date indicated below, I served the documents designated below on all parties

26 listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage

27 thereon fully prepaid, in the outgoing mail box located in my office in accordance with ordinary

28 business practices for deposit with the United States Postal Service in San Francisco, California.

-1-
CERTIFICATE OF SERVICE VIA U.S. MAIL
*U.S.D.C. – Northern District of CA Case No. C08-01663 EMC*

1  I am readily familiar with my office business practice for collection and processing of
2  correspondence for mailing and the within correspondence will be deposited with the United
3  States Postal Service this date in the ordinary course of business.

4

5  DOCUMENTS SERVED:

6
- **Defendant Wal-Mart Stores, Inc.'s Notice to Adverse Party of Removal to Federal Court**
- **U.S.D.C. ECF Registration Information Handout**
- **Notice of Assignment of Case to A U.S. Magistrate Judge for Trial**
- **Consent to Proceed Before A U.S. Magistrate Judge**
- **Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a U.S. District Judge**
- **Order Setting Initial Case Management Conference and ADR Deadlines**
- **Guidelines to U.S.D.C. San Francisco**

TO:

Paul N. Walton, Esq.
LAW OFFICES OF PAUL N. WALTON
39791 Paseo Padre Parkway, Suite G
Fremont, CA 94538
T: (510) 623-4100
F: (866) 206-1211
*Attorney for Plaintiff Daniel Monge*


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 31, 2008,** at San Francisco, California.

_____
Kim R. Lawson

-2-
CERTIFICATE OF SERVICE VIA U.S. MAIL
*U.S.D.C. – Northern District of CA Case No. C08-01663 EMC*