

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Monge<br><br>Plaintiff(s),<br><br>v.<br><br>Wal-Mart Associates, Inc.<br><br>Defendant(s). | No. C 08-01663<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 1, 2008        Signature _Kristin L. Oliveira_
                            Kristin L. Oliveira
                            Counsel for Defendant
                            (Plaintiff, Defendant, or indicate "pro se")

## CERTIFICATE OF SERVICE

### Daniel Monge v. Wal-Mart Stores, Inc.

I am a citizen of the United States and a resident of the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 650 California Street, 10th Floor, San Francisco, CA 94108.

__X__ On the date indicated below, I served the document(s) designated below on all parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

_____ On the date indicated below, I served the document(s) designated below by transmitting a true copy thereof from facsimile number (415) 278-9411 to the facsimile number(s) listed below, pursuant to California Rule of Court 2008. I hereby certify that there was no error in transmission, that the transmission was reported and complete, and that a transmission report was properly issued by sender's facsimile machine.

_____ On the date indicated below, I personally served the document(s) designated below by delivering a true copy thereof to the person(s) and at the address(es) listed below.

**DOCUMENT(S) SERVED:**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Paul N. Walton, Esq.
LAW OFFICES OF PAUL N. WALTON
39791 Paseo Padre Parkway, Suite G
Fremont, CA 94538
T: (510) 623-4100
F: (866) 206-1211
*Attorney for Plaintiff Daniel Monge*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **April 1, 2008,** at San Francisco, California.

_____
Kim R. Lawson

-1-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE
U.S.D.C. – Northern District of California, Case No. C08-01663