**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**April 4, 2008**

**CASE NUMBER:  CV 08-01663 EMC**
**CASE TITLE:  DANIEL MONGE-v-WAL-MART ASSOCIATES, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable VAUGHN R. WALKER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/4/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                            Entered in Computer 4/4/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                   Transferor CSA