**Gregory L. Spallas, SBN 129306**
**Kristin L. Oliveira, SBN 204384**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:   (415) 278-9400
Fax:   (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.
(erroneously sued herein as
WAL-MART ASSOCIATES, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MONGE,<br><br>              Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a California Corporation, and DOES 1-25, inclusive.<br><br>              Defendants. | Case No. 3:08-cv-01663 VRW<br><br>**CERTIFICATE OF SERVICE VIA U.S. REGULAR MAIL** |

TO THE COURT AND ALL PARTIES OF RECORD:

I am a citizen of the United States and a resident of the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 650 California Street, 10th Floor, San Francisco, CA 94108.

On the date indicated below, I served the documents designated below on all parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office in accordance with ordinary

-1-

CERTIFICATE OF SERVICE VIA U.S. MAIL
*U.S.D.C. – Northern District of CA Case No. 3:08-cv-01663 VRW*

1 | business practices for deposit with the United States Postal Service in San Francisco, California.
2 | I am readily familiar with my office business practice for collection and processing of
3 | correspondence for mailing and the within correspondence will be deposited with the United
4 | States Postal Service this date in the ordinary course of business.

DOCUMENTS SERVED:

- **CLERK'S NOTICE DATED MAY 21, 2008;**
- **ORDER SETTING CASE MANAGEMENT CONFERENCE; and**
- **STANDING ORDERS OF U.S. DISTRICT CHIEF JUDGE VAUGHN WALKER**

TO:

Paul N. Walton, Esq.
LAW OFFICES OF PAUL N. WALTON
39791 Paseo Padre Parkway, Suite G
Fremont, CA 94538
T: (510) 623-4100
F: (866) 206-1211
*Attorney for Plaintiff Daniel Monge*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 22, 2008,** at San Francisco, California.

_____
Kim R. Lawson

-2-
CERTIFICATE OF SERVICE VIA U.S. MAIL
*U.S.D.C. – Northern District of CA Case No. 3:08-cv-01663 VRW*