UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Daniel Monge,

            Plaintiff(s),

v.

Wal-Mart Stores, Inc., a California
corporation and DOES 1-25, inclusive,
            Defendant(s).

Case No. 3:08-CV-1663 VRW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/19/08

            *[signature]*
            [Party] for Wal-Mart Stores, Inc

Dated: 6/19/08

            *[signature]*
            Kristin L. Oliveira, attorney
            [Counsel] for Wal-Mart Stores, Inc.