Gregory L. Spallas, SBN 129306
Kristin L. Oliveira, SBN 204384
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:   (415) 278-9400
Fax:   (415) 278-9411
gspallas@psalaw.net
koliveira@psalaw.net

*Attorneys for Defendant*
*WAL-MART STORES, INC.*
*(erroneously sued herein as*
*WAL-MART ASSOCIATES, INC.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MONGE,<br><br>             Plaintiff,<br><br>     vs.<br><br>WAL-MART ASSOCIATES, INC., a California Corporation, and DOES 1-25, inclusive,<br><br>             Defendants. | Case No. 3:08-CV-1663 VRW<br><br>**CERTIFICATE OF SERVICE VIA U.S. MAIL** |

TO THE COURT AND ALL PARTIES OF RECORD:

I am a citizen of the United States and a resident of the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 650 California Street, 10th Floor, San Francisco, CA 94108. On the date indicated below, I served the document(s) designated below on all parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the

-1-

CERTIFICATE OF SERVICE VIA U.S. MAIL
Case No. 3:08-CV-1663 VRW

1  outgoing mail box located in my office in accordance with ordinary business practices for
2  deposit with the United States Postal Service in San Francisco, California.
3      I am readily familiar with my office business practice for collection and processing of
4  correspondence for mailing and the within correspondence will be deposited with the United
5  States Postal Service this date in the ordinary course of business.

**DOCUMENT(S) SERVED:**

- **ADR CERTIFICATION BY PARTIES AND COUNSEL**
- **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**TO**:

Paul N. Walton, Esq.
LAW OFFICES OF PAUL N. WALTON
39791 Paseo Padre Parkway, Suite G
Fremont, CA 94538
T: (510) 623-4100
F: (866) 206-1211
*Attorney for Plaintiff Daniel Monge*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 18, 2008,** at San Francisco, California.

*/s/ Kim Lawson*
Kim Lawson

CERTIFICATE OF SERVICE VIA U.S. MAIL
Case No. 3:08-CV-1663 VRW