1  **Gregory L. Spallas, SBN 129306**
   **Kristin L. Oliveira, SBN 204384**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Tel:    (415) 278-9400
4  Fax:    (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.
6

7

8

9

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13  DANIEL MONGE,                          )  Case No. 3:08-cv-01663 VRW
                                           )
14              Plaintiff,                 )
                                           )  **CERTIFICATION OF INTERESTED**
15        vs.                              )  **ENTITIES OR PERSONS**
                                           )
16  WAL-MART STORES, INC., a California    )  Local Rule 3-16
    Corporation, and DOES 1-25, inclusive. )
17                                         )
                                           )
18              Defendants.                )
                                           )
19                                         )
                                           )
20

21  TO THE COURT:

22        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

23  associations of persons, firms, partnerships, corporations (including parent corporations) or other

24  entities (i) have a financial interest in the subject matter in controversy or in a party to the

25  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

26  substantially affected by the outcome of this proceeding:

27        Sam's West, Inc., a wholly owned entity by Wal-Mart Stores, Inc.

28  ///

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
*U.S.D.C. – Northern District of CA Case No. 3:08-cv-01663 VRW*

1  Dated: July 2, 2008                          **PHILLIPS, SPALLAS & ANGSTADT** LLP

2

3                                               /s/ Kristin L. Oliveira

4                                               _____
                                                Gregory L. Spallas
5                                               Kristin L. Oliveira
                                                Attorneys for Defendant
6                                               WAL-MART STORES, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
*U.S.D.C. – Northern District of CA Case No. 3:08-cv-01663 VRW*