Gregory L. Spallas, SBN 129306
Kristin L. Oliveira, SBN 204384
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
San Francisco, California 94108
Tel:    (415) 278-9400
Fax:    (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.
(erroneously sued herein as
WAL-MART ASSOCIATES, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MONGE,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a California Corporation, and DOES 1-25, inclusive.<br><br>        Defendants. | Case No. 3:08-cv-01663 VRW<br><br>**CERTIFICATE OF SERVICE VIA U.S. REGULAR MAIL** |

TO THE COURT AND ALL PARTIES OF RECORD:

    I am a citizen of the United States and a resident of the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 650 California Street, 10th Floor, San Francisco, CA 94108.

    On the date indicated below, I served the documents designated below on all parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office in accordance with ordinary

business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

DOCUMENTS SERVED:

- **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
- **JOINT CASE MANAGEMENT STATEMENT**

TO:

Paul N. Walton, Esq.
LAW OFFICES OF PAUL N. WALTON
39791 Paseo Padre Parkway, Suite G
Fremont, CA 94538
T: (510) 623-4100
F: (866) 206-1211
*Attorney for Plaintiff Daniel Monge*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 2, 2008**, at San Francisco, California.

_____
Kim R. Lawson