United States District Court
Northern District of California

1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9                **Northern District of California**

10  Monge,                                    08-01663 VRW ENE
11              Plaintiff(s),              **Notice of Appointment of Evaluator**
12       v.
13  Wal-Mart Associates Inc,
14              Defendant(s).

15  TO COUNSEL OF RECORD:

16       The court notifies the parties and counsel that the Evaluator assigned to this
17  case is:

18              **David T. Kelley**
                EEOC/Office of Administrative Judges
19              350 The Embarcadero, Suite 500
                San Francisco, CA 94105-1260
20              415-625-5636
                david.kelley@eeoc.gov
21
22       Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which
governs the ENE program.  The evaluator will schedule a joint phone conference with
23
counsel under ADR L.R. 5-7 and will set the date of the ENE session within the
24
deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court
25
permits the evaluator to charge each party its pro rata share of the cost of the phone
26
conference.
27
28

**Notice of Appointment of Evaluator**
08-01663 VRW ENE                          - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: July 11, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-01663 VRW ENE                    - 2 -