UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  July 10, 2008

**C 08-1663  VRW         DANIEL MONGE  v WAL-MART STORES, INC.**

Attorneys : For Plaintiff(s):   Paul Walton

For Defendant(s):    Kristin Oliveira

Deputy Clerk: Cora Klein                              Reporter: not reported

PROCEEDINGS:                                          RULING:
1. _____              _____
2. _____              _____
3. _____              _____

Case Management Conference - Held

ADR to be used: ENE to be completed by: 9/30/2008

Fact Discovery Cutoff: 1/30/09

SCHEDULE:

DISPOSITIVE MOTIONS HEARING: 3/19/2009 at 2:30 p.m.

PRETRIAL CONFERENCE:   6/4/2009 at 3:30 pm

Order to be prepared by:     Plntf_____   Deft_____   Court_x_