**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**                    350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
(415) 625-5636
TTY (415) 625-5610
FAX (415) 625-5675

August 28, 2008

Paul N. Walton, Esq. (E-Mail Only)
Law Offices of Paul N. Walton
39791 Paseo Padre Parkway, Suite G
Fremont CA 94538

Gregory L. Spallas, Esq. (E-Mail Only)
Kristin L. Oliveira, Esq.
Phillips, Spallas & Angstadt LLP
650 California Street, Tenth Floor
San Francisco, CA 94108

        Re:    *Daniel Monge v. Wal-Mart Stores, Inc.*, C.A. No. 3:08-01663 VRW ENE

Dear Counsel:

        This letter will confirm our telephone conference call.  The Early Neutral Evaluation in
this matter will be held on Thursday, September 25, 2008[1]/ starting at 9:30 a.m. at the
Commission's San Francisco office, 350 The Embarcadero, Suite 500.

        Mediation conference statements that comply with Local Rule 6-7 should be e-mailed to
me no later than Friday, September 19, 2008 at 5:00 p.m..  My e-mail address is
david.kelley@eeoc.gov.  Your mediation conference statements should also be exchanged.

        I understand that the parties have exchanged some discovery and will continue to do so
before our ENE meeting so that your respective presentations can be, to the extent possible,
based upon material facts rather than speculation and untested assumptions.

        If you have any questions, please feel free to call me at (415) 625-5636.   I look forward
to assisting you in this matter.

Sincerely,

David T. Kelley
Administrative Judge
Equal Employment Opportunity Commission

---

        [1]/ Ms. Oliveria will confirm her client representative's availability on this date.