Paul N. Walton (State Bar No. 139924)
THE LAW OFFICE OF PAUL N. WALTON
The SKS Building
39791 Paseo Padre Parkway, Suite G
Fremont, CA 94538
Tel: (510) 623-4100
Fax: (866) 206-1211
E-mail: paul@paulwalton.com

Attorney for Plaintiff
DANIEL MONGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL MONGE, | Case No. 3:08-cv-01663-VRW |
| Plaintifs, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| WAL-MART STORES, INC., a California Corporation, and DOES 1-25, inclusive. | |
| Defendants. | |

Plaintiff, DANIEL MONGE, and Defendant WAL-MART STORES, INC., hereby stipulate and agree, through their respective attorneys of record, that the claims of DANIEL MONGE be voluntarily dismissed with prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1). The parties shall bear their own costs and attorneys' fees.

///
///
///
///
///
///

1

STIPULATED and CONSENTED TO BY:

Dated: October 27, 2008

THE LAW OFFICE OF PAUL N. WALTON

_____
PAUL N. WALTON
39791 Paseo Padre Parkway, Suite G
Fremont, California 94538-7129
Telephone: (510) 623-4100
Facsimile: (866) 206-1211

Attorney for Plaintiff
DANIEL MONGE

Dated: ~~October~~ November 25, 2008

PHILLIPS, SPALLAS & ANGSTADT LLP

_____
KRISTIN L. OLIVEIRA
650 California Street, Tenth Floor
San Francisco, CA 94108
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.

Considering the above and foregoing, IT IS ORDERED, ADJUDGED, AND DECREED that the above numbered and captioned action be and is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**SO ORDERED**, this ____26th____ day of ____November____, 2008.

_____
Judge Vaughn R. Walker

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND ORDER RE DISMISSAL
CASE NO. 3:08-CV-01663-VRW