IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
DANIEL MONGE,                              No   C-08-01663 VRW

         Plaintiff,                        ORDER

         v

WAL-MART STORES, INC, a
California Corporation, and DOES
1-25, inclusive,

         Defendant.
                                       /
```

      The plaintiff has requested to dismiss his claims pursuant to FRCP 41(a)(1)(A)(ii) which includes what purports to be a form of judgment, but not one in compliance with FRCP 54(a) and 58(a).  Doc #24.

      The action is DISMISSED.  The clerk shall terminate all motions and close the file.

      IT IS SO ORDERED.

/s/ Vaughn R Walker
_____
VAUGHN R WALKER
United States District Chief Judge